CUYAHOGA COUNTY BAR ASSOCIATION *v.* BERGER.

CUYAHOGA COUNTY BAR ASSOCIATION *v.* FERTEL.

[Cite as *Cuyahoga Cty. Bar Assn. v. Berger* (1992), 64 Ohio St.3d 454.]

(Nos. 92–905 and 92–906—Submitted June 17, 1992—Decided September 2, 1992.)

*Laurence A. Turbow, Ellen S. Mandell* and *Marshall J. Wolf,* for relator.

*Sanford J. Berger,* for respondent Robert M. Fertel.

*Robert M. Fertel,* for respondent Sanford J. Berger.

---

*Per Curiam.* Based upon our review of the record, including the exhibits, we concur in the findings and recommendations of the board. Respondents,

Sanford J. Berger and Robert M. Fertel, are each hereby suspended from the practice of law in Ohio for one year. Costs taxed to respondents.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.